McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MATTHEW A. SANCHEZ,<br><br>            Defendant. | Case No. 1:20-po-00096-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and moves to vacate the trial date of October 30th, 2020 at 9:00am.

DATED:  October 20, 2020              Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                              By:     /s/ Philip N. Tankovich__
                                      PHILIP N. TANKOVICH
                                      Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the trial date of October 30th, 2020 at 9:00am is vacated.

IT IS SO ORDERED.

Dated:   **October 20, 2020**

UNITED STATES MAGISTRATE JUDGE

2